UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHAN ELDERIDGE JACOBS,

Plaintiff,

v.

Case No. 25-cv-12471
Honorable Linda V. Parker

DETROIT POLICE STATION,

Defendant.
______________________________/

**OPINION AND ORDER DENYING POST-JUDGMENT MOTIONS**

On August 8, 2025, Plaintiff filed this pro se lawsuit against Defendant (ECF No. 1) and an application to procced in forma pauperis ("IFP") (ECF No. 2). In an opinion and order entered September 16, 2025, the Court granted Plaintiff's IFP application but summarily dismissed the Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court summarily dismissed Plaintiff's Complaint because, as another Judge in the District held with respect to a duplicative action filed by Plaintiff, his claims are barred by the applicable statute of limitations. Further, the "Detroit Police Station," which the Court construed Plaintiff meant to be the Detroit Police Department, is not an entity amendable to suit under 42 U.S.C. § 1983.

The matter is now before the Court on two post-judgment motions filed by Plaintiff. The first motion is titled: "Motion Supplementing Revision Equity

Jurisprudence Concerning Hon. Robert J. White 'Moot' Order." (ECF No. 10.) The second motion is titled "Motion 'Objecting' with "Prejudice' and 'Res Judicata' for Eastern District Courts Common Sense Safeguard Clauses to Consider Double Moot Issue Overlooking Misapprehending Plaintiff Issue of Title 11 Bankruptcy Courts, Seeking Core Proceeding Due Process." (ECF No. 11.) Even when holding Plaintiff's motions to "less stringent standards," *Haines v. Kerner*, 404 U.S. 519, 520 (1972), the Court cannot discern what he is seeking from their title or contents. What is clear is that neither motion sets forth grounds for the Court to set aside, vacate, or reconsider its decision summarily dismissing Plaintiff's claims and entering a Judgment.

Accordingly, the Court **DENIES** Plaintiff's motions (ECF Nos. 10 and 11) and this case remains **CLOSED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 23, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 23, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager